Argued and submitted May 30,
remanded for resentencing July 14, 1980

STATE OF OREGON,
*Respondent,*

*v.*

EMAN PAUL LUTFI,
*Appellant.*

(No. 79-511-C, CA 15544)

613 P2d 506

Gary D. Babcock, Public Defender, Salem, argued the cause and filed the brief for appellant.

Douglas F. Foley, Certified Law Student, Salem, argued the cause for respondent. With him on the brief were James M. Brown, Attorney General, and Walter L. Barrie, Solicitor General, Salem.

Before Schwab, Chief Judge, and Thornton and Richardson, Judges.

PER CURIAM.

**PER CURIAM.**

Defendant challenges his sentence on the ground that the court did not give reasons for the sentence imposed. We agree. *State v. Biles,* 287 Or 63, 597 P2d 808 (1979). Judgment affirmed; sentence vacated and remanded for resentencing.